## 49676. CARLILE v. THE STATE.

QUILLIAN, Judge.

There is no provision in Georgia Law which allows a defendant in a criminal case to move for a directed verdict prior to the trial of the case. See Code Ann. § 27-1802 (Ga. L. 1971, pp. 460, 461).

*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

ARGUED SEPTEMBER 10, 1974 — DECIDED OCTOBER 1, 1974.

*Gettle, Fraser & Berthold, Richard A. Gordon,* for appellant.

*Hinson McAuliffe, Solicitor, James L. Webb, Frank A. Bowers, Assistant Solicitors,* for appellee.